EXHIBIT 3

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 047

## (**158**) Separate Securities Transactions Effected by Richard O'Connor

Stock Documents Executed and or Authorized by Richard O'Connor as Officer/Director of CTI

- **June 2015** — (8) founder share subscription agreements for 22M shares
- **June 2015/July 2015** — Board resolutions authorizing 22M share issuance
- **July 2015** — Retention of transfer agent, Quicksilver Stock Transfer
- **July 2015/August 2015** — (53) subscription agreements for 4,587,500 shares
- **2015/2016** — (28) subscription agreements for 932,119 shares
- **2015/2016** — Associated Reg. D and state blue sky exemptions

Stock Documents Executed by Richard O'Connor Individually or as TGAP Holdings LLC Member

- **June 2015 to Present** — (69) private sales or transfers of CTI shares
- Multiple settlement and release agreements

| SUBSCRIPTION AGREEMENTS AUTHORIZED BY BOD INCLUDING O'CONNOR | |
|---|---|
| **PRIVATE SALE OR TRANSFER OF SHARES BY O'CONNOR OR ENTITY HE CONTROLS** | |
| *Approximately 69 private transactions conducted by O'Connor or TGAP since 2015.* | |
| Richard O'Connor (Founder Shares @ Par) | 2,200,000 |
| Unknown RFO Breakout | 300,000 |
| Richard Probst (Founder Shares @ Par) | 5,000,000 |
| Amy Cooper (Founder Shares @ Par) | 2,500,000 |
| TGAP Holdings LLC (Founder Shares @ Par) | 520,900 |
| Amy Cooper (breakout) | 2,400,000 |
| Charles G. Oxford Family Trust (breakout) | 100,000 |
| Marc Rahpour (breakout) | 10,000 |
| Norval Jayne Johnson (Breakout) | 50,000 |
| Jared & Gloria Tietjen (Breakout) | 5,000 |
| Duffy Revocable Living Trust (Breakout) | 100,000 |
| Michael R. Duffy (Breakout) | 25,000 |
| Katherin M. Duffy (Breakout) | 25,000 |
| Rylan Reynolds (Breakout) | 10,000 |
| Lisa Elbert Pulver (Breakout) | 20,000 |
| Chris Cummings (Breakout) | 140,000 |
| Jeff Ray Schunk IRA (Breakout) | 220,000 |
| Rodney M. Mebane (Breakout) | 250,000 |
| Grisha R. Ovanesian (Breakout) | 4,000 |
| Gevark Gharbi (Breakout) | 20,000 |
| Meghedi Hagnazarian (Breakout) | 2,000 |
| GRISHA R. OVANESIAN (Breakout) | 20,000 |
| GRISHA R. OVANESIAN (Breakout) | 6,000 |
| ALEN MIRZIAN (Breakout) | 10,000 |
| ALEN MIRZIAN (Breakout) | 10,000 |
| RICHARD MESA (Breakout) | 15,000 |
| CHASE HOIBERG (Breakout) | 20,000 |
| MOHAMMED ZAKHIREH (Breakout) | 35,000 |
| ENTRUST GROUP INC FBO MAGNUS (Breakout) | 160,000 |
| CAROLE ARENFROW (Breakout) | 100,000 |
| CHRIS CUMMINGS (Breakout) | 100,000 |
| NELL CLARK (Breakout) | 50,000 |
| LUIS ELIAS (Breakout) | 50,000 |
| CARLOS CALIXTO (Breakout) | 50,000 |
| ODAY AL HALASA (Breakout) | 10,000 |
| ODAY AL HALASA (Breakout) | 4,000 |
| KIMBERLY KNAPP LEITER (Breakout) | 2,000 |
| NELL CLARK (Breakout) | 50,000 |
| HERB ALCORN (Breakout) | 10,000 |
| WALLACE HUFF (Breakout) | 100,000 |

| Name | Amount |
|---|---:|
| ANOUSHEH ASHOURI MD (Breakout) | 20,000 |
| ELG FAMILY TRUST (Breakout) | 70,000 |
| FARIDA ZOHOURI (Breakout) | 106,000 |
| DIANA JULIA GEVEN (Breakout) | 10,000 |
| GRISHA ROVANESIAN (Breakout) | 5,000 |
| ALAN MIRZIAN (Breakout) | 10,000 |
| KIMBERLY KNAPP LEITER (Breakout) | 2,000 |
| JOHNNY YBARRA (Breakout) | 100,000 |
| THE JF GILBERT LIVING TRUST (Breakout) | 25,000 |
| GARY GUSEWITCHI (Breakout) | 20,000 |
| ANOUSHEH ASHOURI MD (Breakout) | 20,000 |
| KAREN ROCHE (Breakout) | 20,000 |
| Edward Lindsay (Breakout) | 12,500 |
| Wendy Pontious (Breakout) | 5,000 |
| Jose Rodriquez Jr. (Breakout) | 20,000 |
| Johnny Ybarra (Breakout) | 2,000 |
| Johnny Ybarra (Breakout) | 100,000 |
| Johnny Ybarra (Breakout) | 50,000 |
| Sandra Scudder (Breakout) | 20,000 |
| ANOUSHEH ASHOURI MD (Breakout) | 3,000 |
| Jose Rodriquez Jr (Breakout) | 4,000 |
| Shawdi Rahbar (Breakout) | 5,000 |
| Shawyar Rahbar (Breakout) | 5,000 |
| Soharb Rahbar (Breakout) | 10,000 |
| Mina Katani (Breakout) | 10,000 |
| Richard Lopez (Breakout) | 40,000 |
| Fred Elg (Breakout) | 20,000 |
| Jeremiah Cartwe (Breakout) | 3,000 |
| Annabelle Pontious (Breakout) | 2,000 |
| Shauna Gudnich (Breakout) | 6,000 |
| Jeff Ray Schunk (Breakout) | 60,000 |
| Duffy Revocable Living Trust (Breakout) | 10,000 |
| Jeremiah Carter (Breakout) | 600 |
| I'm Rad LLC (Founder Shares @ Par) | 3,000,000 |
| Justin Beck (Founder Shares @ Par) | 1,935,000 |
| F&F Straggler (Founder Shares @ Par) | 65,000 |
| Cliff Higgerson (Founder Shares @ Par) | 1,000,000 |
| Scott Unfug (Founder Shares @ Par) | 500,000 |
| **Total Founders** | **22,000,000** |

| SUBSCRIPTION AGREEMENTS AUTHORIZED BY BOD INCLUDING O'CONNOR ||
|---|---|
| *Exemption Under 506(b) and State Blue Sky Laws* ||
| *Approximately 28 Subscription Agreements with Registration Exemption* ||
| PPM 506(b) Offering | Shares |
| Duffy Revoc. Living Trust | 50,000 |
| Duffy Revoc. Living Trust | 25,000 |
| Kirk Duffy | 25,000 |
| Richard Duffy | 25,000 |
| Everett J. and Linda K. Lindholm | 25,000 |
| Everett J. and Linda K. Lindholm | 25,000 |
| Grisha Ovanesian | 5,000 |
| Oday Al-Halasa | 10,000 |
| Katherine M. Duffy | 25,000 |
| Michael R. Duffy | 25,000 |
| Mountain West IRA, Inc. (Jordan Berry) | 50,000 |
| Mike Blair | 25,000 |
| Gilbert Keshish | 10,000 |
| Kirk Duffy | 25,000 |
| Richard Duffy | 25,000 |
| Michael R. Duffy | 37,500 |
| Katherine M. Duffy | 37,500 |
| Duffy Revoc. Living Trust (EXE James Duffy) | 150,000 |
| Jordan Berry | 50,000 |
| James Stokos | 5,000 |
| Duffy Revocable Living Trust | 25,000 |
| Dorothy Ann Piazza | 50,000 |
| Dr. Mo Zakhireh | 20,000 |
| Dr. Klaus Yi | 20,000 |
| Bronwen J. Waggoner | 11,249 |
| Magnus Lakovics SEP IRA | 111,768 |
| F. Mitchell | 11,271 |
| Michael Blair | 27,831 |
| TOTAL PPM 506(b) -- Closed 3/2/16 | 932,119 |

| SUBSCRIPTION AGREEMENTS SIGNED BY O'CONNOR & AUTHORIZED BY BOD ||
|---|---|
| *Primarily MFS Shareholders @ $.01 Per Share* ||
| *Approximately 53 Subscription Agreements with Board Resolutions* ||
| Frank and Brenda Pestano | 5,000 |
| Coleen Quinn | 10,000 |
| Natalia Panzarini | 10,000 |
| Grisha R. Ovanesian | 20,000 |
| Luis Elias | 100,000 |
| Mayra Elias | 30,000 |
| Luis Maxemin | 5,000 |
| Oday Al Halasa | 15,000 |
| Mario and Emilio Gutierrez | 5,000 |
| Monty and Suzanne Goodman | 20,000 |
| Steven L. Creps | 10,000 |
| Michael Gora | 5,000 |
| Wadid & Nelly Fattouch | 5,000 |
| Carlos Calixto | 30,000 |
| Carlos A. Calixto | 5,000 |
| Dennis and Tina Norheim | 10,000 |
| Chris Cummings | 5,000 |
| Kaswit, Inc. | 15,000 |
| Richard Mesa | 30,000 |
| The Kloenne Family Trust dated 5/30/07 | 50,000 |
| John Broders | 50,000 |
| Joseph Miano | 50,000 |
| James Probst | 50,000 |
| Richard Caruso | 50,000 |
| The Janell Christiansen Beck Trust Estate | 70,000 |
| Gordon & Betty Overbey Trust | 75,000 |
| Robert J. Brongo | 12,500 |
| Kenneth Miller IRA | 40,000 |
| Ronald Beck | 10,000 |
| Kyle J. Gerber | 20,000 |
| Samuel J. Gerber | 20,000 |
| Dr. Tom Mebane | 660,000 |
| Tom S Mebane IRA | 400,000 |
| Nell M. Clark | 150,000 |
| Nell Clark IRA | 100,000 |
| Christopher Rod | 20,000 |
| Douglas A & Janet R. Hunt | 25,000 |
| The J.F. Gilbert Living Trust | 50,000 |
| Jeff Ray Schunk | 800,000 |
| Charles G. Oxford Family Trust | 70,000 |

| | |
|---|---:|
| Brian L. and Sally J Broderius | 25,000 |
| Harvey W. Stern IRA | 50,000 |
| Elg Family Trust | 25,000 |
| Curtis Sparks IRA | 50,000 |
| Gary A. Gusewitch and Rebecca A. Gusewitch JTROS | 50,000 |
| Herbert R Alcorn | 100,000 |
| Daniel G Phelps | 25,000 |
| Jeff Ray Schunk IRA | 400,000 |
| Joseph Hughes | 25,000 |
| Douglas Scott | 670,000 |
| Thomas A. Nilsen | 50,000 |
| Joseph and Susan Funkey | 5,000 |
| Mike and Annette Bonetti | 5,000 |
| **TOTAL Shares Issued in 2015** | **4,587,500** |