EXHIBIT 5

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 072



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**LOS ANGELES REGIONAL OFFICE**
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90071

DIRECT DIAL: (323) 965-3975
FAX NUMBER: (213) 443-1905

January 23, 2018

Via email

Sam Y. Edgerton, III, Esq.
Freeman Mathis & Gary, LLP
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
sedgerton@fmglaw.com

Re: In the Matter of Cultivation Technologies, Inc. (LA-4837)

Dear Mr. Edgerton:

We have concluded the investigation as to Cultivation Technologies, Inc. Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Cultivation Technologies, Inc. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

Very truly yours,

Marc J. Blau
Assistant Regional Director

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 073
Beck Decl ISO Protective Order
Exhibit #5: 001