EXHIBIT 15

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 367


**Justin Beck <justintimesd@gmail.com>**

## COM-03242023-00824; Ruben Duran, The State Bar of California

**Laura Mandler** <lmandler@fppc.ca.gov>                              Tue, Mar 28, 2023 at 4:39 PM
To: Justin Beck <justintimesd@gmail.com>

Good Afternoon Mr. Beck,

It appears that if there is a potential conflict of interest regarding members of the Board of Trustees, the State Bar may appoint a Special Deputy Trial Counsel to investigate the allegations. As far as I am aware, that is the only oversight avenue.

Sincerely,

## Laura Mandler

Enforcement Division - Political Reform Consultant

Fair Political Practices Commission

1102 Q Street #3000

Sacramento, CA 95811



**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, March 28, 2023 2:30 PM
**To:** Laura Mandler <lmandler@fppc.ca.gov>
**Subject:** Re: COM-03242023-00824; Ruben Duran, The State Bar of California

**EXTERNAL EMAIL**

[Quoted text hidden]