EXHIBIT 17

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 378

# The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

### THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

- **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

- **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Complaint Supplement #30: Beck v. Superior Court of California County of Orange 2020-01145998
ADA Complaint Exhibits 379
Exhibit #17: 001