EXHIBIT 20

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 202

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  Tim James O'Keefe (SBN 290175)
   tokeefe@catanzarite.com
4  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
5  Anaheim, California 92801
   Tel: (714) 520-5544
6  Fax: (714) 520-0680

7  Attorneys for Plaintiffs

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

**04/16/2019** at 04:00:12 PM

Clerk of the Superior Court
By Sarah Loose, Deputy Clerk

8

9                  **IN THE SUPERIOR COURT OF CALIFORNIA**

10                    **FOR THE COUNTY ORANGE**

11  RICHARD MESA, individually and on behalf
    of himself and all others similarly situated and
    derivatively on behalf of CULTIVATION
12  TECHNOLOGIES, INC., a California
    corporation,
13
          Plaintiffs,
14
15  v.

16  RICHARD JOSEPH PROBST, an individual;
    JUSTIN S. BECK, an individual; ROBERT A.
17  BERNHEIMER, an individual; ROBERT A.
    BERNHEIMER, INC., a California
18  corporation; ROBERT KAMM, an individual;
    IRVING MARK EINHORN, an individual;
19  MIGUEL MOTTA, an individual; MICHAEL
    BURDICK, an individual; FREDERICK
20  HEIM, an individual; JEFFREY
    SHERWOOD, an individual; THOMAS
21  BRODEUR, an individual; ERIC MATHUR,
    an individual; JASON PITKIN, an individual;
22  BRYAN TIMMERMAN, an individual;
    KEVIN GILLIAN, an individual; ROBERT
23  SCHMIDT, an individual; DARREN
    WETHERHOLD, an individual; EM2
24  STRATEGIES, LLC, a limited liability
    company; I'M RAD, LLC, a limited liability
25  company; TOW AND GROW, INC., a
    California corporation;  and Does 1-200,
26
          Defendants.
27
    Nominal Defendant:  CULTIVATION
28  TECHNOLOGIES, INC., a California
    corporation.

Case No.  30-2019-01064267-CU-MC-CXC

Assigned for All Purposes to
Hon.  Judge Peter Wilson
Dept.  CX102              --

**[PROPOSED] CLASS ACTION
COMPLAINT FOR:**

1. **Violation of Cal. Corp. Code § 1507**
2. **Breach of Fiduciary Duty**
3. **Declaratory Relief**
4. **Permanent Injunction**
5. **Conversion- CTI Shares**
6. **Conversion- TOW-GROW**
7. **Declaratory Relief for Order
   Directing Surrender and Exchange of
   Certificates (*Calif. Corp. Code*, § 422)**
8. **Misappropriation of Trade Secrets,
   *California Civil Code* Section 3426**
9. **Unfair Competition under *California
   Business & Professions Code* Section
   17200, Et. Seq. Breach of Fiduciary
   Duty**

**[REQUEST FOR HEARING UNDER
*CAL. CORP. CODE* § 709(b)]**

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

1      14.     For prejudgment and post-judgment interest at the maximum legal rate, as

2  provided by California law, as applicable, as an element of damages which Plaintiffs has suffered

3  as a result of Defendants' wrongful and unlawful acts;

4      15.     For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

5      16.     For such other relief as the Court deems just and proper.

6

7  DATED: April 16, 2019.          CATANZARITE LAW CORPORATION

8

9                                  Kenneth J. Catanzarite
                                   Brandon E. Woodward
10                                 Tim James O'Keefe
                                   Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

53.
Complaint

Beck Declaration ISO Protective Order
ADA Complaint Exhibits 204
Exhibit #20: 002

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.