EXHIBIT 21

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  Tim James O'Keefe (SBN 290175)
   tokeefe@catanzarite.com
4  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
5  Anaheim, California 92801
   Tel: (714) 520-5544
6  Fax: (714) 520-0680

7  Attorneys for Plaintiffs

8

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

05/15/2019 at 11:08:00 AM
Clerk of the Superior Court
By Sarah Loose,Deputy Clerk

9          IN THE SUPERIOR COURT OF CALIFORNIA

10                FOR THE COUNTY ORANGE

11 RICHARD MESA, AMY COOPER, TOM S.           Case No. 30-2019-01064267
   MEBANE, individually and on behalf of
12 himself/herself/themselves and all others   Assigned for All Purposes to
   similarly situated and derivatively on behalf of  Hon. Peter Wilson Randall Sherman
13 CULTIVATION TECHNOLOGIES, INC., a    Dept. CX-102 CX105
   California corporation,
14                                            FIRST AMENDED [PROPOSED]
        Plaintiffs,                           CLASS ACTION COMPLAINT FOR:
15
   v.                                         1. Violation of Cal. Corp. Code § 1507
16                                            2. Breach of Fiduciary Duty
   RICHARD JOSEPH PROBST, an individual;     3. Declaratory Relief
17 JUSTIN S. BECK, an individual; ROBERT A.   4. Permanent Injunction
   BERNHEIMER, an individual; ROBERT A.       5. Conversion- CTI Shares
18 BERNHEIMER, INC., a California             6. Conversion- TOW-GROW
   corporation; ROBERT KAMM, an individual;   7. Declaratory Relief for Order
19 IRVING MARK EINHORN, an individual;           Directing Surrender and Exchange of
   MIGUEL MOTTA, an individual; MICHAEL          Certificates (Calif. Corp. Code, § 422)
20 BURDICK, an individual; FREDERICK          8. Wrongful Foreclosure - May 2, 2019
   HEIM, an individual; JEFFREY               9. For Recovery of Treble Damages for
21 SHERWOOD, an individual; THOMAS              Usurious Interest and Fees under
   BRODEUR, an individual; ERIC MATHUR,          California Civil Code § 1916-3
22 an individual; JASON PITKIN, an individual; 10. For Common Law Recovery or Offset
   BRYAN TIMMERMAN, an individual;              of Usurious Interest & Fees
23 KEVIN GILLIAN, an individual; ROBERT      11. Unfair Competition under California
   SCHMIDT, an individual; DARREN               Business & Professions Code Section
24 WETHERHOLD, an individual; EM2             17200, Et. Seq.
   STRATEGIES, LLC, a limited liability
25 company; I'M RAD, LLC, a limited liability  [REQUEST FOR HEARING UNDER
   company; TOW AND GROW, INC., a            CAL. CORP. CODE § 709(b)]
26 California corporation; FINCANNA
   CAPITAL CORP., a British Columbia
27 corporation and Does 1-200,

28        Defendants.
   (Caption Continues on Next Page)

1  Nominal Defendant: CULTIVATION
   TECHNOLOGIES, INC., a California
2  corporation.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ii.

First Amended Complaint

Document received by the CA 4th District Court of Appeal Division 3.

1   against CTI, and that CTI has no duty under the agreements to pay any interest or fees to

2   FINCANNA;

3       15.     Awarding treble damages and directing FINCANNA to pay the sum of $6,000,000

4   and $3,000,000 to CTI in accordance with California Civil Code § 1916-3 in connection with

5   usurious interest and fees paid on the FINCANNA loans;

6       16.     For compensation for the reasonably necessary loss of time, attorney's fees, and

7   other expenditures suffered or incurred under the "tort of another" doctrine as required to act in

8   the protection of Plaintiffs' interests by bringing this action in accordance with *Prentice v. North*

9   *Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618; *Electrical Electronic*

10  *Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601;

11      17.     Punitive, exemplary, and treble damages, and any other damages authorized by

12  law;

13      18.     For prejudgment and post-judgment interest at the maximum legal rate, as

14  provided by California law, as applicable, as an element of damages which Plaintiffs has suffered

15  as a result of Defendants' wrongful and unlawful acts;

16      19.     For reasonable attorneys' fees and costs incurred herein as allowed by statute;

17      20.     For such other relief as the Court deems just and proper.

18

19  DATED: May 15, 2019.            CATANZARITE LAW CORPORATION

20

21                                  Kenneth J. Catanzarite
22                                  Brandon E. Woodward
23                                  Tim James O'Keefe
                                    Attorneys for Plaintiffs
24

25

26

27

28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

66.