EXHIBIT 22

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 209

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/02/2019 at 12:34:00 PM
Clerk of the Superior Court
By Mark Gutierrez, Deputy Clerk

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  Tim James O'Keefe (SBN 290175)
   tokeefe@catanzarite.com
4  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
5  Anaheim, California 92801
   Tel: (714) 520-5544
6  Fax: (714) 520-0680

7  Attorneys for Defendants and
   Cross-Complainants
8

9              IN THE SUPERIOR COURT OF CALIFORNIA

10                  FOR THE COUNTY ORANGE

11 | FINCANNA CAPITAL CORP., | Case No. 30-2019-01072088-CU-BC-CJC
12 | Plaintiff, | Assigned for All Purposes to
   |   | Hon. Linda Marks
13 | v. | Dept. C10
14 | CULTIVATION TECHNOLOGIES, INC., | **CROSS-COMPLAINT FOR:**
   | COACHELLA MANUFACTURING, LLC, |
15 | COACHELLA DISTRIBUTORS, LLC, and | 1. Breach of Fiduciary Duty
   | DS GEN, LLC, and DOES 1-100 | 2. Conversion
16 |   | 3. Wrongful Foreclosure - May 2, 2019
   | Defendants. | 4. For Recovery of Treble Damages for
17 |   |    Usurious Interest and Fees under
   | CULTIVATION TECHNOLOGIES, INC., a |    California Civil Code § 1916-3
18 | California corporation, COACHELLA | 5. For Common Law Recovery or Offset
   | MANUFACTURING, LLC, a California |    of Usurious Interest & Fees
19 | limited liability company; COACHELLA | 6. Unfair Competition under California
   | DISTRIBUTORS, LLC, a California limited |    Business & Professions Code Section
20 | liability company; and DS GEN, LLC, a |    17200, Et. Seq.
   | California limited liability company; |
21 |   |
   | Cross-Complainants, |
22 |   |
   | v. |
23 |   |
   | FINCANNA CAPITAL CORP., a British |
24 | Columbia corporation, ANDRIYKO |
   | HERCHAK, an individual; ROBERT |
25 | KAMM, an individual; MIGUEL MOTTA, an |
   | individual, and Roes 1-100, |
26 |   |
   | Cross-Defendants. |
27
28

Beck Declaration ISO Protective Order
ADA Complaint Exhibits 210
Exhibit #22: 001

11. For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Cross-Complainants have suffered as a result of Cross-Defendants' wrongful and unlawful acts;

12. For reasonable attorneys' fees and costs incurred herein as allowed by contract and or statute; and

13. For such other relief as the Court deems just and proper.

DATED: June 25, 2019.

CATANZARITE LAW CORPORATION

By: _____
Kenneth J. Catanzarite, Esq.
Attorneys for Cross-Complainants