EXHIBIT 23

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 212

1 | Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
2 | Brandon Woodward (SBN 284621)
bwoodward@catanzarite.com
3 | Tim James O'Keefe (SBN 290175)
tokeefe@catanzarite.com
4 | CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
5 | Anaheim, California 92801
Tel: (714) 520-5544
6 | Fax: (714) 520-0680

7 | Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF CALIFORNIA**

**FOR THE COUNTY ORANGE**

MOBILE FARMING SYSTEMS, INC., a California corporation,

    Plaintiff,

v.

RICHARD JOSEPH PROBST, an individual; JUSTIN S. BECK, an individual; I'M RAD, LLC, a limited liability company; ROBERT KAMM, an individual; ROBERT A. BERNHEIMER, an individual; IRVING MARK EINHORN, an individual; MIGUEL MOTTA, an individual; PRO FAB TECH, LLC, a California limited liability company, and Does 2-200,

    Defendants.

Case No. 30-2019-01046904-CU-BT-CJC

Assigned for All Purposes to
Hon. Randall J. Sherman
Dept. CX105

**FIRST AMENDED COMPLAINT FOR:**

1. **Breach of Fiduciary Duty;**
2. **Conversion;**
3. **Common Count for Money Had and Received;**
4. **Accounting;**
5. **Misappropriation of Trade Secrets,** *California Civil Code* **Section 3426; and**
6. **Unfair Competition under** *California Business & Professions Code* **Section 17200, Et. Seq. Breach of Fiduciary Duty.**

**First Amended Complaint**

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 213
Exhibit #23: 001

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

1   8.   For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

2   9.   For such other relief as the Court deems just and proper.

3

4   DATED: July 22, 2019.        CATANZARITE LAW CORPORATION

5

6                                Kenneth J. Catanzarite
                                 Brandon E. Woodward
7                                Tim James O'Keefe
                                 Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24.
**First Amended Complaint**



Beck Declaration ISO Protective Order
Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 214
Exhibit #23: 002

Document received by the CA 4th District Court of Appeal Division 3.