EXHIBIT 24

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
Brandon Woodward (SBN 284621)
bwoodward@catanzarite.com
Tim James O'Keefe (SBN 290175)
tokeefe@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Plaintiffs

## IN THE SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY ORANGE

DENISE PINKERTON, an individual as
attorney in fact for ROGER D. ROOT,
individually and as successor in interest to
the claims of his deceased Spouse Sharon K.
Root,

    Plaintiffs,

v.

RICHARD JOSEPH PROBST, an
individual; JUSTIN S. BECK, an individual;
I'M RAD, LLC, a limited liability company;
ROBERT KAMM, an individual; ROBERT
A. BERNHEIMER, an individual; IRVING
MARK EINHORN, an individual; MIGUEL
MOTTA, an individual; and Does 1-100,

    Defendants.

Case No. 30-2018-01018922

Assigned for All Purposes to
Hon. Randall J. Sherman
Dept. CX-105

**FIRST AMENDED COMPLAINT FOR:**

1. **Breach of Fiduciary Duty**
2. **Fraudulent Concealment**
3. **Exploitation of the Elderly**
4. **Violation of** *Florida Statute* § **517.301**
   **Fraudulent Transaction and**
   **Falsification and Concealment of Facts**
   **Giving Rise to Remedies under** *Florida*
   *Statue* § **517.211**

**First Amended Complaint**

Beck v. Superior Court of California County of Orange
ADA Complaint Exhibits 216
Beck Declaration ISO Protective Order
Exhibit #24: 001

Document received by the CA 4th District Court of Appeal Division 3.

4.    For an Order directing Defendants to return all MFS property in their possession, custody or control;

5.    For compensation for the reasonably necessary loss of time, attorney's fees, and other expenditures suffered or incurred under the "tort of another" doctrine as required to act in the protection of Plaintiffs' interests by bringing this action in accordance with *Prentice v. North Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618; *Electrical Electronic Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601;

6.    For statutory attorneys fees and costs as appropriate under *Corporations Code*, § 25501.5 and *Code of Civil Procedure*, § 1029.8. Plaintiffs also allege they are entitled to the remedy afforded by *Code of Civil Procedure*, § *1029.8* which provides that where an unlicensed person, who took securities sales commissions, cause injury or damage to another person(s) as a result of providing services for which such license is required those defendants, jointly and severally, "...shall be liable to the injured person for treble the amount of damages assessed in a civil action in any court having proper jurisdiction." with such additional damages not to exceed $10,000. In addition the Court may "in its discretion award all costs and attorney's fees to the injured person if that person prevails in the action." See *Civil Code*, § *1029.8 (a)*;

7.    Punitive, exemplary, and treble damages, and any other damages authorized by law;

8.    For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Plaintiff has suffered as a result of Defendants' wrongful and unlawful acts;

9.    For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

10.   For such other relief as the Court deems just and proper.

DATED: July 23, 2019.               CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Tim James O'Keefe
Attorneys for Plaintiffs

29.
**First Amended Complaint**

Beck Declaration ISO Protective Order
ADA Complaint Exhibits 217
Exhibit #24: 002

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.