EXHIBIT 28

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 230



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

BA20221301281

For Office Use Only

**-FILED-**

File No.: BA20221301281
Date Filed: 12/22/2022

### Entity Details

| | |
|---|---|
| Corporation Name | MOBILE FARMING SYSTEMS, INC. |
| Entity No. | 3159363 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 2331 WEST LINCOLN AVENUE, ANAHEIM, CA 92801 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 2331 WEST LINCOLN AVENUE, ANAHEIM, CA 92801 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 2331 WEST LINCOLN AVENUE, ANAHEIM, CA 92801 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JAMES A. DUFFY | 2331 WEST LINCOLN AVENUE ANAHEIM, CA 92801 | Chief Executive Officer, Secretary |
| Richard F. O'Connor II | 2331 West Lincoln Avenue Anaheim, CA 92801 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors

| Director Name | Director Address |
|---|---|
| James A. Duffy | 2331 West Lincoln Avenue Anaheim, CA 92801 |
| Amy J. Cooper | 2331 West Lincoln Avenue Anaheim, CA 92801 |
| Richard F. O'Connor II | 2331 West Lincoln Avenue Anaheim, CA 92801 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
|---|---|
| Agent Name | KENNETH J. CATANZARITE |
| Agent Address | 2331 WEST LINCOLN AVENUE ANAHEIM, CA 92801 |

### Type of Business

| | |
|---|---|
| Type of Business | AGRICULTURE EQUIPMENT MFG. AND HOLDING C |

Email Notifications

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 231
EX Parte Application
Exhibit # 28: 001

Page 1 of 2

B1343-7687 12/22/2022 5:12 PM Received by California Secretary of State

| Opt-in Email Notifications | |
|---|---|
| | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth J. Catanzarite*
Signature

*12/22/2022*
Date

B1343-7688 12/22/2022 5:12 PM Received by California Secretary of State