EXHIBIT 29

Beck v. Superior Court of California, County of Orange
ADA Complaint Exhibits 233

 **California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | MOBILE FARMING SYSTEMS, INC. |

| | |
|---|---|
| Entity (File) Number: | C3159363 |
| File Date: | 11/17/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GM13209 |

**Detailed Filing Information**

1. Entity Name:

    MOBILE FARMING SYSTEMS, INC.

2. Business Addresses:

    a. Street Address of Principal Office in California:

    2331 West Lincoln Avenue
    Anaheim, California 92801
    United States of America

    b. Mailing Address:

    2331 West Lincoln Avenue
    Anaheim, California 92801
    United States of America

    c. Street Address of Principal Executive Office:

    2331 West Lincoln Avenue
    Anaheim, California 92801
    United States of America

3. Officers:

    a. Chief Executive Officer:

    James A.  Duffy
    2331 West Lincoln Avenue
    Anaheim, California 92801
    United States of America

    b. Secretary:

    James A. Duffy
    2331 West Lincoln Avenue
    Anaheim, California 92801
    United States of America

Document ID: GM13209

Ex Parte Application Beck v. Superior Court of California, County of Orange
Exhibit # 29: 001
Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

c.  Chief Financial Officer:

Richard F. O'Connor II
2331 West Lincoln Avenue
Anaheim, California 92801
United States of America

4.  Director:

James A. Duffy
2331 West Lincoln Avenue
Anaheim, California 92801
United States of America

Number of Vacancies on the Board of Directors:

0

5.  Agent for Service of Process:

Kenneth J. Catanzarite
2331 West Lincoln Avenue
Anaheim, California 92801
United States of America

6.  Type of Business:

Agriculture Equipment Mfg. and holding company subsidiaries.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   James A. Duffy

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GM13209

Ex Parte Application Beck v. Superior Court of California, County of Orange
Exhibit # 29: 002            ADA Complaint Exhibits 235

**California Secretary of State**
Electronic Filing

## Corporation - Attachment to Statement of Information

**List of Additional Directors:**

1.
   Amy J. Cooper
   2331 West Lincoln Avenue
   Anaheim, California 92801
   United States of America

2.
   Richard F. O'Connor II
   2331 West Lincoln Avenue
   Anaheim, California 92801
   United States of America

3.

4.

5.

6.

7.

Document ID:GM13209

Ex Parte Application Beck v. Superior Court of California, County of Orange
Exhibit # 29: 003
Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# VERIFICATION OF COMPLAINT SUPPLEMENT & EXHIBITS #2 BY PLAINTIFF

I, Justin S. Beck, declare the following under penalty of perjury under the laws of the State of California. I have personal knowledge of each fact to which I declare. I have personal knowledge of, and verify, the authenticity of each exhibit attached hereto. I could and would testify competently as to the truth of any matter set forth in this declaration, the foregoing verified supplement to my pleadings, and the authenticity of each exhibit attached hereto.

1. OMITTED <u>EXHIBIT 1</u> was true and correct copy of the 709 trial transcript dated May 1, 2019. I attended this trial, confirm the factual findings of the Court as true, and am readily familiar with the contents of the transcript and the evidence the Court reviewed to reach its conclusions.

2. Attached as <u>EXHIBIT 2</u> is a true and correct copy of a May 8, 2020, "Order Liquidating and Awarding Compensatory Sanctions" in U.S. Bankruptcy Court Southern District of Florida. I obtained this through opposing counsel in that case by email and am familiar with its contents.

3. Attached as <u>EXHIBIT 3</u> is a true and correct copy of an "Order Affirming Order of Bankruptcy Court" in Case No. 20-61032-CIV-SMITH. I obtained this through opposing counsel in that case by email and am readily familiar with its contents.

4. Attached as <u>EXHIBIT 4</u> is a true and correct copy of an "Order Liquidating and Awarding Compensatory Sanctions" in Case No. 18-23750-SMG. I obtained this through opposing counsel in that case by email and am readily familiar with its contents.

5. Attached as <u>EXHIBIT 5</u> is a true and correct copy of an "Order Granting in Part Motion to Enforce Preliminary Injunction and Imposing Sanctions" in Case No. 18-23750-SMG, Case No. 18-23751-SMG, and Case No. 18-23752-SMG. I obtained this through opposing counsel in that case by email and am readily familiar with its contents.

6. Attached as <u>EXHIBIT 6</u> is a true and correct copy of an "Order to Show Cause Why Attorney Kenneth Catanzarite, Esq.'s Pro Hac Vice Status Should Not Be Revoked" in Case No. 18-23750-SMG. I obtained this through opposing counsel in that case by email and am readily familiar with its contents.

7. Attached as <u>EXHIBIT 7</u> is a true and correct copy of United States Court of Appeals, Eleventh Circuit, No. 21-12766 opinion in "Catanzarite v. GCL, LLC (In re Daymark Realty Advisors,

25

SUPPLEMENT #2 TO PLAINTIFF JUSTIN S. BECK'S COMPLAINT; DECLARATION OF JUSTIN S. BECK IN SUPPORT

1   Inc.) dated March 9, 2022. I obtained this copy through Casetext.com and am readily familiar
2   with its contents.

3   8. Attached as <u>EXHIBIT 8</u> is a true and correct copy of public records disclosed to me by The State
4   Bar of California's Office of Chief Trial Counsel on June 14, 2022. I obtained this by email and
5   am readily familiar with its contents.

6   9. Attached as <u>EXHIBIT 9</u> is a true and correct copy of "FTC Staff Guidance on Active Supervision
7   of State Regulatory Boards Controlled by Market Participants" dated "October 2015." I obtained
8   this from the internet on Federal Trade Commission's Website and a readily familiar with its
9   contents. The State Bar of California lacks active state supervision per federal law.

10   10. Attached as <u>EXHIBIT 10</u> is a true and correct copy of a letter I received on July 20, 2022, from
11   Suzanne Grandt on behalf of Ruben Duran and the Board of Trustees for The State Bar of
12   California. I obtained this by email and am readily familiar with its contents.

13   11. Attached as <u>EXHIBIT 11</u> is a true and correct copy of a letter I received dated December 15,
14   2022, from Ellin Davtyan. I obtained this by email and via postal mail and am readily familiar
15   with its contents.

16   12. Attached as <u>EXHIBIT 12</u> is a true and correct copy of a letter I received dated December 29,
17   2022, from "Public Records Coordinator" on behalf of "Rob Bonta, Attorney General." I
18   obtained this by email and am readily familiar with its contents.

19   13. Attached as <u>EXHIBIT 13</u> is a true and correct copy of an email I received from my former
20   counsel in this case dated January 13, 2021. I waive privilege on this email to show other conduct
21   of Catanzarite and Tice related to "Corzo." I obtained this by email January 13, 2021 at 10:25
22   AM and am readily familiar with its contents.

23   14. Attached as <u>EXHIBIT 14</u> is a true and correct copy of a letter I received from Suzanne Grandt
24   on behalf of herself, The State Bar of California, Ruben Duran, and Eli David Morgenstern in
25   response to a deposition subpoena for The State Bar of California to appear September 9, 2022,
26   at its own address. I obtained this by email July 29, 2022, and am readily familiar with its
27   contents.
28

26

SUPPLEMENT #2 TO PLAINTIFF JUSTIN S. BECK'S COMPLAINT; DECLARATION OF
JUSTIN S. BECK IN SUPPORT

15. Attached as <u>EXHIBIT 15</u> is a true and correct copy of an email I received from Laura Mandler from Fair Political Practices Commission in response to my inquiries of active state supervision over Ruben Duran and The State Bar of California. I obtained this email March 28, 2023 at 4:39 PM and am readily familiar with its contents.

16. Attached as <u>EXHIBIT 16</u> is a true and correct copy of California Rules of Professional Conduct 5.1 "Responsibilities of Managerial and Supervisory Lawyers." I obtained this from the internet on The State Bar of California's website.

17. Attached as <u>EXHIBIT 17</u> is a true and correct copy of The State Bar of California's service of process procedures. I obtained this by visiting The State Bar of California lobby.

18. Attached as <u>EXHIBIT 18</u> is a true and correct copy of the Fourth District, Division Three Court of Appeal ruling in G059766 dated July 13, 2022, overturning four Anti-SLAPP orders in this case and finding prima facie case for three counts of malicious prosecution. I obtained this from Court of Appeal and verify the factual conclusions. I am readily familiar with its contents.

19. Attached as <u>EXHIBIT 19</u> is a true and correct copy of the Fourth District, Division Three Court of Appeal ruling in G058700 dated June 28, 2021, confirming four disqualification orders against Catanzarite Law Corporation. I obtained this from Court of Appeal and am readily familiar with its contents.

20. I hereby verify the content of my complaint and this supplement as being factual and true.


SIGNED FROM OCEANSIDE, CALIFORNIA


DATE: May 4, 2023

By Justin S. Beck

Declarant

27

SUPPLEMENT #2 TO PLAINTIFF JUSTIN S. BECK'S COMPLAINT; DECLARATION OF JUSTIN S. BECK IN SUPPORT