1  Name: Justin S. Beck
2  Address: 3501 Roselle St. Oceanside CA 92056
3  Telephone Phone: (760) 449-2509
4  Email: justintimesd@gmail.com

FILED
May 15 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ melindajwilliams  DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Justin S. Beck,

Plaintiff(s),

v.

Superior Court of California, County of Orange,

Defendant(s).

Case No.: '23CV0882 JES NLS

**REQUEST FOR APPOINTMENT OF COUNSEL**

I, Justin S. Beck, move for the appointment of counsel. To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below, include information for each attorney you contacted):

1

1. **Attorney:** Jay Edelson
2. **When:** April 2023
3. **Where:** Illinois & California
4. **How (by telephone, in person, etc.):**
5. By phone and email with his associate attorneys
6. and partners.
7. **Why attorney was not employed to handle your claim:**
8. Overextended in filing claims v. State Bar
9. actors (e.g. Thomas v. Girardi)
10. **Attorney:** Alexander Haberbush
11. **When:** April 2023
12. **Where:** Lex Rex Institute, Orange County
13. **How (by telephone, in person, etc.):**
14. By phone and e-mail
15. 
16. **Why attorney was not employed to handle your claim:**
17. Lack of funding
18. 
19. **Attorney:** Gary Zerman
20. **When:** January 23 - May 23
21. **Where:** LA County
22. **How (by telephone, in person, etc.):**
23. By phone and e-mail
24. 
25. **Why attorney was not employed to handle your claim:**
26. 
27. Lack of funding, apparent fear of
28. retaliation by the State Bar of California

**I need appointed counsel to assist me because (describe below):**

I am disabled and understand ADA Title II affords me the opportunity to request civil counsel, waive fees, and move for injunctive relief without security.

I am being harassed, which threatens my health. I am indigent due to the conduct outlined in my pleadings and related case 3:22-cv-01616-AGS-DDL.

I need procedural assistance, I suffer from DSM-5 Legal Abuse Syndrome and post traumatic stress disorder.

I need an attorney to coordinate with DOJ Civil Rights division. My claims are all meritorious

5/15/23
Date

Signature

Justin S. Beck
Printed Name

## AFFIFAVIT IN SUPPORT OF REQUEST FOR COUNSEL
(DO NOT COMPLETE THIS PART IF YOU HAVE ALREADY SUPPLIED THIS INFORMATION IN THE APPLICATION TO PROCEED IN FORMA PAUPERIS.)

1. **Full Name:**
2. **Address:**
3. **Marital Status:** ☐Single  ☐Married  ☐Separated  ☐Divorced  ☐Widowed
4. **Are you presently employed?**  ☐Yes  ☐No
    *If the answer is "Yes", give your occupation, the name and address of your employer and the gross and net amount of your salary.*

5. If you are not presently employed, state the date of your last employment, the name and address of your employer and your salary.

6. If you are married and if our spouse is employed, state his/her name, occupation, employer, address of employer and salary.

7. Approximately how much money have you received in the past twelve month from the following sources:
   *as wages, salary, commissions or earned income of any kind?*

4

*as workman's compensation or disability insurance?*

*as rent payments, interest, dividends?*

*as pension, annuities or life insurance payments?*

*from social security, unemployment compensation or welfare payments?*

*as gifts or inheritance?*

*from other sources?*

8. **How much money do you own or have in any checking or savings account?**

9. **Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bond, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?**  ☐ Yes   ☐ No

    *If "Yes", give a description of the property and its estimated value.*

5

10. **Is anyone dependent on you for support?** ☐ Yes    ☐ No

   *If "Yes", give names, ages, relationship to you, and the amount you contribute toward their support.*

11. **List any debts you have and the amount owed.**

   *Creditor Amount Owed*

12. **List your monthly living expenses.**

Under penalty of perjury, I declare that the information given in this motion is true and correct.

_____     _____
Date                             Signature

                                 _____
                                 Printed Name

6