FILED

JUN 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Mr. JUSTIN BECK, | No. 24-1521 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-00882-AGS-DDL |
| v. | Southern District of California, San Diego |
| ORANGE COUNTY SUPERIOR COURT, | ORDER |
| Defendant - Appellee. | |

Before: SILVERMAN, BUMATAY, and SANCHEZ, Circuit Judges.

Upon a review of the record and the responses to the court's April 2, 2024 order to show cause, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

No further filings will be entertained in this closed case.

**DISMISSED.**